PD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v. : CRIMINAL NO. 19- cr 182

DOROTHY RECARDE :

FILED
MAR 28 2019
KATE BARKMAN, Clerk
By_______ Dep. Clerk

ORDER FOR BENCH WARRANT

AND NOW, this 28 day of March, 2019, on motion of William M. McSwain, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

HONORABLE TIMOTHY R. RICE
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA FILED

v. MAR 28 2019 CRIMINAL NO. 19- cr 182

DOROTHY RECARDE KATE BARKMAN, Clerk
By ________ Dep. Clerk

MOTION FOR BENCH WARRANT

AND NOW, this day of , 2019, William M. McSwain, United States Attorney for the Eastern District of Pennsylvania, and Yvonne O. Osirim, Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

WILLIAM M. MCSWAIN
United States Attorney

YVONNE O. OSIRIM
Assistant United States Attorney