**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Yvonne O Osirim*
*Direct Dial (215) 861-8207*
*Facsimile (215) 861- 8618*
*E-mail Address yvonne osirim@usdoj gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

April 29, 2019

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

Re: United States v. Dorothy Recarde, Criminal No. 19-182

Dear Clerk:

Please unimpound the Indictment in regard to the above-captioned case. The Indictment was filed on March 28, 2019.

Very truly yours,

WILLIAM M. McSWAIN
United States Attorney

YVONNE O. OSIRIM
Assistant United States Attorney