IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 19-182 |
| DOROTHY RECARDE | : | |

## CONDITIONS OF RELEASE ORDER

### BAIL

Defendant is **released on bail** in the amount of: $ $10,000

__X__ **O/R**
______ **cash**
_______ **secured by**:
______ % cash
______ property
at: ______________________________
______________________________

_____Waiver of Clerk's office requirements - Execute an Agreement to Forfeit the Property stated above with a copy of the deed as indicia of ownership.

### PRETRIAL SERVICES

__X__ Defendant shall report to Pretrial Services:
__X__ **as directed** by Pretrial Services.
______ times per week **in person**.
______ times per week **via telephone**.

_____ Defendant shall attend mental health services under the guidance and supervision of Pretrial Services.
_____ Defendant shall submit to **random drug testing** as directed by Pretrial Services.
_____ Defendant shall undergo **drug/alcohol treatment** if necessary as determined by Pretrial Services.
_____ Defendant shall submit to **electronic monitoring** at the following address:

______________________________________________________________

_____ **Curfew.** You are restricted to your residence every day from_______ to ________ , during which electronic monitoring will be in place, or as directed by the pretrial services office or supervising officer.

_____ **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer;

______ **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

______This Court, based upon evidence that Defendant has adequate financial resources, finds that he/she shall pay all or part of the cost of the court-ordered monitoring program, in an amount to be specified by Pretrial Services.

## PASSPORT

__X__ Defendant shall surrender and/or refrain from obtaining a **passport**.

## TRAVEL

__X__ Travel is restricted to the **Eastern District of Pennsylvania**.
______ Travel is restricted to the ______________________________.
__X__ Unless prior permission is granted by Pretrial Services.

## FIREARMS

__X__ Defendant shall surrender and/or refrain from obtaining any firearms. Any other firearms in any premises where the defendant resides while on supervised release must be removed from the premises and no firearms are to be brought into the premises during this period. The defendant shall execute a completed Prohibition on Possession of Firearms Agreement.

## MISCELLANEOUS

__X__ Defendant shall have no contact with **co-defendants, potential witnesses** in this case, or individuals engaged in any **criminal activity**.
__X__ Defendant shall not file any false liens or encumberances of any kind against any Federal District Court Judge, Magistrate Judge, or member of Court staff, the United States Attorney, or any employee of the United States Attorney's Office, any member of the United States Pretrial Services office, or any Special Agent or staff person employed by the U.S. Treasury Inspector General for Tax Administration.
______ Defendant must maintain present **employment**.
______ Defendant must **actively seek** gainful employment.
______ Defendant shall undergo a **mental competency evaluation**.
__X__ Defendant must reside:

No liens of any kind will be filed

**at:** 2~~77~~ W. Shady Road, Kirkwood, PA 17536 Lancaster County

## COMPUTERS/INTERNET

______The Defendant is subject to the following computer/internet restrictions which are to be monitored by U.S. Pretrial Services and may include manual inspection, use of minimally invasive internet detection devices, and/or installation of computer monitoring software to insure compliance with the imposed restrictions.

______**No computer**: The Defendant is prohibited from possession and/or use of any computers and connected devices.

______**Computer, no internet access**: The Defendant is permitted use of computers or connected devices, but is not permitted access to the Internet (as World Wide Web, FTP sites, IRC servers, instant messaging).

_______**Computer with internet access**: The Defendant is permitted use of computers or connected devices, is permitted access to the internet for legitimate purposes, and is responsible for any fees connected with the installation and use of monitoring software.

_______**Other Residents**: By consent of other residents, all computers located at the address of record shall be subject to inspection to insure the equipment is password protected.

________**Other Restrictions**:

**OTHER CONDITIONS:**

As a further condition of release, defendant shall not commit a Federal, State, or local crime during the period of release. The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than 1 year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

AUSA

Dorothy Recarde

~~DEFENSE ATTORNEY~~
Dorothy Recarde, prose

**It is so ORDERED this 29th day of April, 2019.**

**BY THE COURT:**

**HONORABLE RICHARD A. LLORET**
**UNITED STATES MAGISTRATE JUDGE**