AO 458 (Rev 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of

UNITED STATES OF AMERICA
*Plaintiff*
v.
DOROTHY RECARDE
*Defendant*

Case No. 19 - 182

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record
rendered its verdict.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT, DOROTHY RECARDE.

Date: 5/10/2019

*Attorney's signature*

HEATHER J. MATTES
*Printed name and bar number*

105 S. HIGH ST., STE 2A
WEST CHESTER, PA 19382-1008
*Address*

hjm@hjmattes.com
*E-mail address*

610-431-7900
*Telephone number*

484-244-5077
*FAX number*