AO 442 (Rev. 11/11) Arrest Warrant

TIGTA

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

FILED
MAY 21 2019
KATE BARKMAN, Clerk
By ________ Dep. Clerk

United States of America
v.
DOROTHY RECARDE

*Defendant*

Case No. 19-CR-182

2019 MAR 29 PM 12:39
RECEIVED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* DOROTHY RECARDE,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:1521 - RETALIATORY LIEN - 1 COUNT
26:7212(a) - CORRUPTLY ENDEAVORING TO OBSTRUCT OR IMPEDE THE DUE ADMINISTRATION OF THE INTERNAL REVENUE SERVICE - 1 COUNT

Date: 03/29/2019

Eric Sobieski, Deputy Clerk
*Issuing officer's signature*

City and state: Philadelphia, PA

Kate Barkman, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 3/25/19, and the person was arrested on *(date)* ________
at *(city and state)* ________

Date: 5/10/19

*Arresting officer's signature*

No Arrest made / Subject turned self in

Kevin Spence TIGTA
*Printed name and title*