**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Crim. No. 19-182** |
| | : | |
| **DOROTHY RECARDE** | : | |

---

**<u>O R D E R</u>**

**AND NOW**, this 23rd day of May, 2019, upon consideration of Defendant Dorothy Recarde's *pro se* Motion to Dismiss Indictment with Prejudice/Motion for Rule 11 Sanctions on Government Employees (Doc. No. 5); Heather Mattes's appearance for Defendant (Doc. No. 11); and Defendant's counseled Motion to Withdraw her *pro se* Motion (Doc. No. 15), it is hereby **ORDERED** that:

1. Defendant's Motion to Withdraw her *pro se* Motion (Doc. No. 15) is **GRANTED**; and
2. Defendant's *pro se* Motion (Doc. No. 5) is **WITHDRAWN**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

Paul S. Diamond, J.