**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

FILED
MAY 28 2019
KATE BARKMAN, Clerk
By ________ Dep. Clerk

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **Crim. No. 19-182** |
| **DOROTHY RECARDE** | : | |

**ORDER**

**AND NOW**, this 28th day of May, 2019, upon consideration of Defendant Dorothy Recarde's unopposed Motion asking the Court to permit her to surrender her United States passport to her counsel instead of Pretrial Services until the conclusion of this matter (Doc. No. 17), it is hereby **ORDERED** that:

1. Defendant's Motion (Doc. No. 17) is **GRANTED**; and
2. Defendant shall **SURRENDER** her passport to her counsel forthwith.

**AND IT IS SO ORDERED.**

Paul S. Diamond, J.