TIGTA

AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

United States of America
v.
DOROTHY RECARDE

*Defendant*

Case No. 19-CR-182

RECEIVED
UNITED STATES MARSHAL
2019 MAR 29 PM 12:39
EASTERN DISTRICT OF PENNSYLVANIA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* DOROTHY RECARDE ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ❒ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

18:1521 - RETALIATORY LIEN - 1 COUNT
26:7212(a) - CORRUPTLY ENDEAVORING TO OBSTRUCT OR IMPEDE THE DUE ADMINISTRATION OF THE INTERNAL REVENUE SERVICE - 1 COUNT

Date: 03/29/2019

Eric Sobieski, Deputy Clerk
*Issuing officer's signature*

City and state: Philadelphia, PA

Kate Barkman, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 3-29-19 , and the person was arrested on *(date)* 5-10-19
at *(city and state)* PD

Date: 5/10/19

TIGTA
*Arresting officer's signature*

*Printed name and title*