**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Crim. No. 19-182** |
| | : | |
| **DOROTHY RECARDE** | : | |

---

**O R D E R**

**AND NOW**, this 19th day of June, 2019, upon consideration of Defendant Dorothy Recarde's unopposed Motion asking the Court to permit her to travel to Lake Placid, NY from June 23, 2019 to June 30, 2019 (Doc. No. 23), it is hereby **ORDERED** that:

1. Defendant's Motion (Doc. No. 23) is **GRANTED**; and
2. Defendant may travel to Lake Placid, NY from June 23, 2019 to June 30, 2019.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

Paul S. Diamond, J.