IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of Notice: 6/26/2019 |
| | : | |
| v. | : | |
| DOROTHY RECARDE<br>277 W. Shady Road<br>Kirkwood, PA 17536 | : | CRIMINAL NO. 2019-182 |

**TAKE NOTICE** that Criminal Jury Trial scheduled to take place on June 25, 2019 has been postponed to September 24, 2019 at 9:30 a.m. in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, before the Honorable Paul S. Diamond, in Courtroom 14A, 14th Floor.

**TAKE FURTHER NOTICE** that a Final Pretrial Conference is scheduled for September 19, 2019 at 3:00 p.m.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently incarcerated, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

Very truly yours,
/s/

Lenora Kashner Wittje
Deputy Clerk to Judge Paul S. Diamond
267-299-7739

☐ INTERPRETER REQUIRED
☐ THIS PROCEEDING HAS BEEN RESCHEDULED FROM, Click here to enter a date.

Notice to:
Defendant
Heather J. Mattes, Defense Counsel
Yvonne O. Osirim, A.U.S.A.
U.S. Marshal
Probation Office
Pretrial Services
Crystal Wardlaw

Cr 4 (rev. 8/97)