IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: 2019-182 |
| v. | : | |
| DOROTHY RECARDE | : | |

**ORDER**

AND NOW, this 26th day of June, 2019, it is ORDERED that Defendant's Unopposed Motion for Continuance of Trial (Doc.#19), is hereby GRANTED. A criminal jury trial in the above captioned matter shall commence on September 24, 2019 at 9:30 a.m.

IT IS SO ORDERED:

Paul S. Diamond /s/

PAUL S. DIAMOND, J.