**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| Dorothy Recarde | : | NO. 2019-182 |

**SCHEDULING ORDER**

And now, this 18th day of September, 2019, it is **ORDERED** as follows:

**1.** The above captioned case is listed for trial on ***October 29, 2019 at 9:30 a.m.*** in Courtroom 14A of the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**2.** The parties shall file all pretrial motions, including motions in limine and motions to suppress, on or before ***September 30, 2019***. Oppositions to pretrial motions shall be filed on or before ***October 4, 2019***. Motions for Extensions to Respond may be filed, and granted at the discretion of the Court.

**3.** The Government shall propose stipulated facts and submit those proposed stipulated facts to the Defendant on or before ***October 8, 2019***. Defendant shall state agreement or disagreement with each of the Government's proposed stipulated facts and may counter-propose stipulated facts on or before ***October 10, 2019***. The Government is obligated to respond on or before ***October 14, 2019***.

**4.** On or before ***October 18, 2019***, **AFTER MEETING AND CONFERRING**, the Parties shall **JOINTLY** submit proposed jury voir dire questions, jury interrogatories, verdict sheets, and proposed jury instructions. The Parties shall individually submit any proposed questions, interrogatories, sheets, or instructions upon which the parties, **AFTER CONFERRING**, cannot agree. All questions, interrogatories, sheets, and instructions shall be submitted in paper form and on computer disk to the Court.

**5.** Additionally, if a model jury instruction is submitted, the Parties shall state in a separate submission the source of the model instruction and whether it is unchanged or modified. Any

modifications shall be underlined and deletions shall be placed in brackets. All such submissions shall also be filed on or before ***October 18, 2019***.

**6.** The Government shall file a trial memorandum with the Clerk of the Court and serve a copy on the defendant and Chambers on or before ***October 18, 2019.***

**7.** If a party intends to call an expert witness at trial, the party shall deliver to the opposing party the curriculum vitae of the expert and the expert report no later than ***October 21, 2019***.

**8.** A hearing on all pending motions will only be scheduled if necessary.

**9.** A final pre-trial conference shall be held on ***October 24, 2019 at 9:30 a.m*****.** All parties shall be prepared to discuss proposed voir dire questions, jury instructions and charge, opening and closing statements and any other pending pre-trial issues.

**10.** Any failure to meet the deadlines or specific requirements of the order as stated above may result in the imposition of sanctions against the attorney responsible.

**AND SO IT IS ORDERED.**

**/s/ Paul S. Diamond**

**PAUL S. DIAMOND, J.**