IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 19-182 |
| DOROTHY RECARDE | : | |

ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the United States of America.

WILLIAM M. McSWAIN
UNITED STATES ATTORNEY

/s/ Frank R. Costello, Jr.
Frank R. Costello, Jr.
Assistant United States Attorney