IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 19-182 |
| DOROTHY RECARDE | : | |

WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of the United States of America.

WILLIAM M. MCSWAIN
UNITED STATES ATTORNEY

*/s/ Yvonne O. Osirim*
Yvonne O. Osirim
Assistant United States Attorney