IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of Notice: October 30, 2019 |
| v. | : | |
| DOROTHY RECARDE<br>277 W. Shady Road<br>Kirkwood, PA 17536 | : | CRIMINAL NO. 2019-182 |

**TAKE NOTICE** that Criminal Jury Trial scheduled to take place on October 29, 2019 has been postponed to December 3, 2019 at 9:30 a.m. in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, before the Honorable Paul S. Diamond, in Courtroom 14A, 14th Floor.

**TAKE FURTHER NOTICE** that the Final Pretrial Conference scheduled for October 24, 2019 is postponed to November 25, 2019 at 2:00 p.m.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

Very truly yours,
/s/

Lenora Kashner Wittje
Deputy Clerk to Judge Paul S. Diamond
267-299-7739

☐ INTERPRETER REQUIRED
☐ THIS PROCEEDING HAS BEEN RESCHEDULED FROM, Click here to enter a date.

Notice to:
Defendant
Heather J. Mattes, Defense Counsel
Frank Costello, A.U.S.A.
U.S. Marshal
Probation Office
Pretrial Services
Crystal Wardlaw

Cr 4 (rev. 8/97)