IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: 11/22/2019 |
| v. | : | |
| DOROTHY RECARDE<br>277 W. Shady Road<br>Kirkwood, PA 17536 | : | CRIMINAL NO. 2019-182 |

**TAKE NOTICE** that the Final Pretrial Conference scheduled for November 25, 2019 is cancelled.

Very truly yours,
/s/

Lenora Kashner Wittje
Deputy Clerk to Judge Paul S. Diamond
267-299-7739

☐ INTERPRETER REQUIRED
☐ THIS PROCEEDING HAS BEEN RESCHEDULED FROM, Click here to enter a date.

Notice to:
Defendant
Heather J. Mattes, Defense Counsel
Frank Costello, A.U.S.A.
U.S. Marshal
Probation Office
Pretrial Services
Crystal Wardlaw

Cr 4 (rev. 8/97)