IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of Notice: 11/22/2019 |
| v. | : | |
| DOROTHY RECARDE<br>277 W. Shady Road<br>Kirkwood, PA 17536 | : | CRIMINAL NO. 2019-182 |

**CHANGE OF PLEA NOTICE**

**TAKE NOTICE** that a Change of Plea Hearing is scheduled to take place on December 3, 2019 at 9:30 a.m. in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, before the Honorable Paul S. Diamond, in Courtroom 14A, 14th Floor. Trial scheduled for December 3, 2019 is cancelled.

***TAKE FURTHER NOTICE*** *that Defendant shall be prepared to answer questions relating to drug usage, medical care and treatment, names of physicians, as well as names and dosage of any medications prescribed.*

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

Very truly yours,
/s/

Lenora Kashner Wittje
Deputy Clerk to Judge Paul S. Diamond
267-299-7739

☐ INTERPRETER REQUIRED
☐ THIS PROCEEDING HAS BEEN RESCHEDULED FROM, Click here to enter a date.

Notice to:
Defendant
Heather J. Mattes, Defense Counsel
Frank Costello, A.U.S.A.
U.S. Marshal
Probation Office
Pretrial Services
Crystal Wardlaw

Cr 4 (rev. 8/97)